AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
05/10/2019
**Clerk, U.S. District Court**
**Western District of Texas**

by: J. Hinojos
**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: PE:19-M -01515(1) |
| | § | |
| (1) Alison Idely Moriera-Colon | § | |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Alison Idely Moriera-Colon, was presented by counsel, Christopher J. Carlin.

The defendant pled guilty to the complaint on May 10, 2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | May 07, 2019 |

As pronounced on May 10, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **TIME SERVED.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government, through an oral motion, moves to remit the $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion. **Special assessment is remitted.**

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 10th day of May, 2019.

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Arresting Agency: Marfa Sector Border Patrol
USM #:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:   PE:19-M -01515(1) |
| (1) Alison Idely Moriera-Colon | § | |
| *Defendant* | § | |

## INITIAL APPEARANCE/ ARRAIGNMENT/ PLEA AND SENTENCE

On May 10, 2019, the defendant appeared in Open Court before  U.S. Magistrate  Judge DAVID B. FANNIN.  He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.
2) The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.
3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.
4) The right to a preliminary examination if not indicted; and,
5) The right to consideration of bail.

**Attorney**
**( X )   Carlin, Christopher J.    FPD**

**Bond**
(    )    No Bond Set.
**Next Hearing**
(    )        **n/a**

## SENTENCE IMPOSED BY THE COURT

( X )        WAIVED Initial Appearance-PROCEEDED directly to Arraignment/ Plea and Sentence.
          **SENTENCE:  TIME SERVED   FINE: NO        S/A:  REMITTED**

(    )        WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence.
          **SENTENCED to:    1  YEAR(s)  PROBATION,  FINE:  NO  S/A: REMITTED**

(    )        WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence
          **SENTENCED to:    30  DAYS,  FINE:  NO     S/A  $10**

(    )        Waived Initial Appearance- Govt moves to DISMISS case, Court Accepts: **CASE DISMISSED.**

**Interpreter Needed:**                 YES                      Record FTR Gold -
**Language Barrier Disclosure:   It was established this Initial Appearance this defendant has a**
**potential language barrier.  Native Language is : **
          10:31 a.m. -  10:47 a.m.           Arrested:       05/07/2019  in Presidio County
Time:        00 Minutes

AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
05/10/2019
Clerk, U.S. District Court
Western District of Texas

by: J. Hinojos
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:19-M -01515(1) - |
| | § |
| (1) Alison Idely Moriera-Colon | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 07, 2019** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title _____**8**_____ United States Code, Section(s) _____**1325(a)(1)**_____

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   *"The defendant, Alison Idely MORIERA-Colon was arrested on May 07, 2019, in the Western District of Texas by Presidio Border Patrol Agents.  The defendant is a citizen and national of  Honduras, who is present in the United States without having been admitted or paroled by an Immigration Officer.  The Defendant last entered the United States on or about May 07, 2019 in Presidio County, Texas, in the Western District of Texas at a time and place not designated as a*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Labori, Jorge L.
Border Patrol Agent

May 10, 2019
_____
Date

at   Alpine, Texas
_____
City and State

DAVID B. FANNIN
_____
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:19-M -01515(1)

WESTERN DISTRICT OF TEXAS

(1) Alison Idely Moriera-Colon

FACTS   (CONTINUED)

port of entry by the Secretary of Homeland Security.  The Defendant is not in possession of Immigration documents allowing him/her to be in, or remain in, the United States legally.

Defendant is a citizen and national of Honduras.

The Government can prove that on May 07, 2019, the defendant,  Alison Idely MORIERA-Colon, who is a native and citizen of Honduras, did enter the United States illegally, near Prsidio, Texas, by crossing the Rio Grande River at a time and place other than designated by Immigration Officers, for entry into the United States.


IMMIGRATION HISTORY:
MORIERA-COLON, ALISON has no prior immigration apprehensions.

CRIMINAL HISTORY:
MORIERA-COLON, ALISON has no known criminal history.